UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD NORMAN COMFORT, III,

    Plaintiff,

v.

CITY OF WARREN, a Municipal corporation,
POLICE OFFICER KEVIN BORYCZ,
POLICE OFFICER SCOTT ISAACSON,
JOINTLY AND SEVERALLY,

    Defendants.

Case No: 05-74443
Honorable Sean Cox
Magistrate R. Steven Whalen

---

Thomas R. Present (P32831)
Attorney for Plaintiff
450 W. Fort Street, Suite 200
Detroit, MI 48226
313.961.2255

John J. Gillooly  (P41948)
Jami E. Leach (P53524)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants
1000 Woodbridge Street
Detroit, MI 48207-3921
313.446.5501

Bert T. Ross (P35928)
Co-Counsel for Plaintiff
542 Barrington Road
Grosse Pointe Park, MI 48230
313.824.4251

---

## ORDER OF DISMISSAL

At a session of said Court held in the
U.S. Courthouse, City of Detroit, State of Michigan,
on:    August 25, 2006

PRESENT: HON.  Sean F. Cox
                    DISTRICT COURT JUDGE

    This matter having come before the court after plaintiff failed to appear for deposition as ordered, and the court being fully advised in the premises;

Plaintiff was required to present himself for deposition prior to August 7, 2006 at 12:00 noon pursuant to this Court's Order of August 1, 2006 (docket #13).

The August 1, 2006 stipulated order indicated that if plaintiff failed to comply, the case would be dismissed with prejudice.

Plaintiff failed to comply with the Order by failing to present himself for deposition; therefore,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, but without costs.

This order resolves the last pending claim and closes the captioned case.

**IT IS SO ORDERED.**

                                           s/ Sean F. Cox
                                           UNITED STATES DISTRICT JUDGE

Approved as to form:

By:    s/ w/consent Thomas R. Present
        Thomas R. Present (P32831)
        Attorney for Plaintiff

By:    s/ Jami E. Leach
        Jami E. Leach (P53524)
        Attorney for Defendants